# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# BIRMINGHAM DIVISION

| | |
|---|---|
| FRANCINE HILL, )<br> )<br>     Plaintiff, )<br> )<br> ) No. 4:11-cv-03178-RBP<br> )<br>     v. )<br> )<br> )<br>BUREAU OF COLLECTION RECOVERY )<br> )<br>     Defendant. ) | |

## NOTICE OF SETTLEMENT
### (Unlawful Debt Collection Practices)

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, FRANCINE HILL, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

///

///

Respectfully Submitted,

DATED: September 8, 2011   KROHN & MOSS, LTD.

By: /s/ M. Brandon Walker
M. Brandon Walker, Esq.

**CERTIFICATE OF SERVICE**

I, Shireen Hormozdi, herby certify that on September 8, 2011, Plaintiff's Notice of Settlement was filed via the ECF System.  A copy of said Notice was mailed to the address listed below on the same date via the USPS.

Christopher Mohs
Bureau of Collection Recovery
7575 Corporate Way
Eden Prairie, Minnesota 55344

                                          By: __/s/ M. Brandon Walker_____
                                                  M. Brandon Walker, Esq
                                                  Attorney for Plaintiff