UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
BIRMINGHAM DIVISION

| | |
|---|---|
| FRANCINE HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:11-cv-03178-RBP |
| ) | |
| v. ) | |
| ) | |
| BUREAU OF COLLECTION RECOVERY ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF VOLUNTARY DISMISSAL**
**(Unlawful Debt Collection Practices)**

**NOTICE OF VOLUNTARY DISMISSAL**

FRANCINE HILL (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A)(i) (Dismissal of Actions - Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, BUREAU OF COLLECTION RECOVERY (Defendant), in this case.

Respectfully Submitted,

Dated: October 31, 2011          /s/ Brandon M. Walker
                                  Brandon M. Walker, Esq
                                  Attorney for Plaintiff

VOLUNTARY DISMISSAL                                                                  1

## CERTIFICATE OF SERVICE

     I, Brandon M. Walker, herby certify that on October 31, 2011, Plaintiff's Voluntary Dismissal was filed via the ECF System.  A copy of said Notice was mailed to the address listed below on the same date via the USPS.

Christopher Mohs
Bureau of Collection Recovery
7575 Corporate Way
Eden Prairie, Minnesota 55344

                                              By: __/s/ Brandon M. Walker_____
                                                     Brandon M. Walker, Esq
                                                     Attorney for Plaintiff