IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **FRANCINE HILL** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CV 11-PT-3178-M |
| | ) |
| **BUREAU OF COLLECTION RECOVERY** | ) |
| | ) |
| Defendant. | ) |

## DISMISSAL ORDER

In accordance with the Notice of Voluntary Dismissal filed by the plaintiff on October 31, 2011, this action is **DISMISSED, WITH PREJUDICE**, each party to bear own costs.

**DONE** and **ORDERED** this the 1st of November, 2011.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**